DANIEL G. BOGDEN
United States Attorney
ROBERT KNIEF
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax:   (702) 388-5087

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:15-mj-675-PAL |
| ) | |
| Plaintiff, ) | |
| ) | **Stipulation to Continue Preliminary Hearing (*First Request*)** |
| vs. ) | |
| ) | |
| JOSEPH GARRETT, ) | |
| ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between DANIEL G. BOGDEN, United States Attorney, and ROBERT KNIEF, Assistant United States Attorneys, counsel for the United States of America, and Heidi Ojeda, Assistant Federal Public Defender, counsel for defendant Joseph Garrett, that the preliminary hearing date in the above-captioned matter, currently scheduled for September 4, 2015, at 4:00 pm, be vacated and continued for two weeks, to a date and time to be set by this Honorable Court.

This stipulation is entered into for the following reasons:

1.    The parties request a continuance of the preliminary hearing to allow for case investigation, negotiations and unavailability of government counsel.

2.    The parties agree to the continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

DATED this 2nd day of September, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Heidi Ojeda, AFPD /s/ Robert Knief

HEIDI OJEDA, AFPD
Counsel for Defendant
VERA

ROBERT KNIEF
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:15-mj-675-PAL |
| vs. | ) **FINDINGS OF FACT AND ORDER** |
| JOSEPH GARRETT, | ) |
| Defendant. | ) |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties request a continuance of the preliminary hearing to allow for case investigation, negotiations and unavailability of government counsel.

2. That the parties agree to the continuance.

3. Additionally, that denial of this request for continuance could result in a miscarriage of justice.

4. That the additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

5. This is the <u>first</u> request to continue the preliminary hearing date filed herein.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the preliminary hearing date.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the preliminary hearing, and possibly resolve the case prior to the preliminary hearing, taking into account the exercise of due diligence.

The continuance sought herein is allowed, with the defendant's consent, pursuant to Federal Rules of Procedure 5.1(d).

**ORDER**

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for September 4, 2015, at the hour of 4:00 pm, be vacated and continued to September 23, 2015, at the hour of 4:00 pm.

DATED this 21st day of September, 2015

_____
UNITED STATES MAGISTRATE JUDGE